FILED
OCT 22 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:07cr-248-WKW |
| | ) | [18 USC 922(g)(1)] |
| WILLIE GENE DAVIS | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 27th day of April, 2007, in Butler County, Alabama, within the Middle District of Alabama,

WILLIE GENE DAVIS,

defendant herein, having been convicted on or about the dates set forth below of the offenses set forth below, each a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

| CONVICTION DATE | COURT | CASE NUMBER | OFFENSE |
|---|---|---|---|
| November 1, 1977 | Circuit Court, Crenshaw County, Alabama | CC-1260 | Burglary 2nd Degree |
| October 12, 1981 | Circuit Court, Crenshaw County, Alabama | CC-81-197 | Burglary 3rd Degree |
| November 16, 1992 | Circuit Court, Crenshaw County, Alabama | CC-92-94 | Escape 2nd Degree |
| April 16, 1996 | Circuit Court, Crenshaw County, Alabama | CC-95-52 | Distribution of Controlled Substance (5 Counts) |

did knowingly possess, in and affecting commerce, a firearm; that is, an Iver Johnson revolver, model 1900, a better description which is otherwise unknown to the grand jury.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
Tommie Brown Hardwick
Assistant United States Attorney