IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07CR248-WKW |
| WILLIE GENE DAVIS | ) | |

**ORDER**

For good cause,

It is  ORDERED that, pursuant to the Government's  Motion  for Detention  (filed 10/31/2007, Doc. #4),  a detention hearing is set for **Thursday, 11/1/2007 at 11:30 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.  Pending this hearing, the defendant(s)  shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 1st day of November, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE