**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 2:07CR248-WKW** |
| ) | |
| **WILLIE GENE DAVIS** ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND FOR AN EX PARTE HEARING**

**COMES NOW** the Undersigned Counsel, Donnie W. Bethel, and files this Motion to Withdraw as Counsel of Record and for an Ex Parte Hearing. In support of this Motion, counsel states the following:

1. Mr. Davis is charged with the unlawful possession of a firearm by a convicted felon. The Federal Defenders' Office was appointed to represent Mr. Davis on October 31, 2007, and Undersigned Counsel filed his notice of appearance on November 2, 2007.

2. Based on confidential communications with Mr. Davis, Undersigned Counsel does not believe that he can vigorously and zealously represent Mr. Davis at trial, and Undersigned Counsel requests an ex parte hearing so that he can discuss this matter with the Court.

**WHEREFORE**, undersigned counsel prays that the Court grant his Motion to Withdraw from his representation of Mr. Davis.

Dated this 29th day of January, 2008.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07CR248-WKW** |
| | ) | |
| **WILLIE GENE DAVIS** | ) | |

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 29, 2008, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Brown Hardwick, Esq., Assistant U. S. Attorney.

              Respectfully submitted,

              s/ Donnie W. Bethel
              DONNIE W. BETHEL
              Assistant Federal Defender
              201 Monroe Street, Suite 407
              Montgomery, Alabama 36104
              Phone: (334) 834-2099
              Fax: (334) 834-0353
              E-mail:don_bethel@fd.org
              IN Bar Code: 14773-49