IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** * | |
| * | |
| Petitioner, * | |
| * | |
| v. * | CASE NO. 2:07-cr-248-WKW |
| * | |
| **WILLIE GENE DAVIS,** * | |
| * | |
| * | |
| Respondent. * | |

RECEIVED
2008 JAN 29  P 4:27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## OBJECTION AND MOTION TO QUASH SUBPOENA

**COMES NOW** Andy Compton, Probation and Parole Officer employed by the Alabama Board of Pardons and Paroles, by and through counsel, a non-party in the above-styled cause, and in response to the *Ex Parte* Subpoena Duces Tecum for the production of documents, audio, video, or transcribed statements of Willie Gene Davis and any witnesses in connection with Mr. Davis' April 27, 2007, arrest, shows unto the Court as follows:

1. Records and files prepared by State Probation and Parole Officers for use by the Board of Pardons and Paroles are privileged by statute, §15-22-36(b), Ala. Code 1975. The Alabama Supreme Court held that *parole* files are absolutely privileged, *Ex parte Alabama Bd. of Pardons and Paroles, 814 So.2d 870 (Ala. 2001)*. The Board cannot waive its statutory privilege in relation to its parole files.

2. In relation to *probation* records, §15-22-53(b), Ala. Code 1975, states:

1

"[A]ll reports, records and data assembled by any probation officer and referred to the court shall be *privileged* and shall not be available for public inspection except upon order of the court to which the same was referred". The Board is not at liberty to release probation records without a court order, as prescribed in §15-22-53(b), Ala. Code 1975.

**WHEREFORE THE PREMISES CONSIDERED**, the *Ex Parte* Subpoena Duces Tecum, dated January 18, 2007, is due **QUASHED**.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
KIN 047

GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL
GRI026

s/DANA L. PITTMAN
ASSISTANT ATTORNEY GENERAL
STATE BAR#: ASB-7192-A57P
ALA. BD. OF PARDONS & PAROLES
P.O. BOX 302405
MONTGOMERY, AL 36130
TELEPHONE: (334)242-8700
FAX: (334)353-4423
Dana.Pittman@paroles.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

**DONNIE W. BETHEL, ESQ.**
**FEDERAL DEFENDERS, MIDDLE DISTRICT OF ALABAMA**
**201 MONROE STREET SUITE 407**
**MONTGOMERY, AL 36104**

Done this **29**[th] day of **JANUARY, 2008**.

Respectfully submitted,

s/DANA L. PITTMAN
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-7192-A57P
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Dana.Pittman@paroles.alabama.gov