IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No. 2:07-cr-0248-WKW |
| ) | |
| WILLIE GENE DAVIS    ) | |

### **ORDER**

Upon consideration of the Motion to Withdraw as Counsel of Record (Doc. # 25) filed by the defendant's attorney on January 29, 2008, it is ORDERED that an ex parte hearing to address the motion is scheduled for **11:30 a.m. on February 1, 2008**, in Courtroom 2-E, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal is DIRECTED to produce the defendant for the hearing.

DONE this 31st day of January, 2008.

　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE