IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.              ) | Case No. 2:07-cr-0248-WKW |
| ) | |
| WILLIE GENE DAVIS ) | |

## **ORDER**

This criminal case is currently set for trial during the February 4, 2008 term. On February 1, 2008, the court orally granted the motion to withdraw that was filed by the defendant's counsel on January 29, 2008. (Doc. # 25.) For the reasons set forth below, the Court finds that the trial should be continued pursuant to 18 U.S.C. § 3161(h).

While the grant of a continuance is left to the sound discretion of the trial judge, *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the Court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

18 U.S.C. § 3161(c)(1). However, the Act excludes from the 70 day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." *Id.* § 3161(h)(8)(A).

The Court finds that the ends of justice served by continuing this trial outweigh the best interest of the public and the defendant in a speedy trial. On the Friday before trial was to begin, the court orally granted a motion for the defendant's attorney to withdraw for good cause that was presented to the court ex parte. The defendant consented to the withdrawal, and requested that a new

attorney be appointed to represent him. In order to appoint a new attorney and allow him or her to adequately prepare to defend this case, the trial must be continued.

Accordingly, it is ORDERED that the trial in this matter is continued from the February 4, 2008 trial term, to the criminal term of court beginning **May 5, 2008**. The Magistrate Judge shall conduct a pretrial conference prior to the **May 5, 2008**, trial term and enter a pretrial conference order.

DONE this 1st day of February, 2008.

    /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE