### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-248-WKW |
| ) | |
| **WILLIE GENE DAVIS** ) | |

### DEFENDANT'S MOTION SEEKING PRESENCE AT PRETRIAL CONFERENCE

**COMES NOW** Defendant Willie Gene Davis, by and through undersigned counsel, Joseph P. Van Heest, and hereby requests that this Court order that the defendant be transported to the United States District Court for the Middle District of Alabama for his pretrial conference. In support of this motion, Mr. Davis' states the following:

1. Willie Gene Davis is in custody at the Montgomery City Jail awaiting trial in the above-styled matter.

2. Mr. Davis has indicated to counsel that he wished to be present at the pretrial conference pursuant to the aforementioned language of the Order on Arraignment.

3. The Order on Arraignment states that "Counsel who want in-custody defendants to attend must notify the Magistrate Judge within three days of the conference date so that an Order to produce can be issued to the United States Marshal." *See Order on Arraignment*, May 25, 2007, (Dkt # 11), p. 1.

4. The Pretrial Conference is scheduled for Friday, March 14, 2008, at 11:00 a.m. Therefore, this motion is timely filed.

WHEREFORE, premises considered, Mr. Davis hereby requests this Honorable Court issue an Order to the United States Marshal to produce the defendant for his pretrial conference.

Dated this 10th day of March, 2008.

        Respectfully submitted,

        s/Joseph P. Van Heest
        **JOSEPH P. VAN HEEST**
        LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
        Post Office Box 4026
        402 South Decatur Street
        Montgomery, AL 36103-4026
        Phone: (334) 263-3551
        Fax: (334) 263-3227
        jpvanheestcourts@bellsouth.net
        AL Bar Code: VAN026

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Hon. Tommie Brown Hardwick, Assistant United States Attorney, P.O. Box 197, Montgomery, Alabama 36101-0197.

        Respectfully submitted,

        s/Joseph P. Van Heest
        **JOSEPH P. VAN HEEST**
        LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
        Post Office Box 4026
        402 South Decatur Street
        Montgomery, AL 36103-4026
        Phone: (334) 263-3551
        Fax: (334) 263-3227
        jpvanheestcourts@bellsouth.net
        AL Bar Code: VAN026