IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07CR248-WKW |
| WILLIE GENE DAVIS | ) | |

### **ORDER**

Pending before the Court is the *Defendant's Motion Seeking Presence at Pretrial Conference* (Doc. 34, filed March 10, 2008). For good cause, it is **ORDERED** that the defendant be present at the pretrial conference set for **March 14, 2008 at 11:00 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. The U. S. Marshal shall produce the defendant for the pretrial conference.

DONE, this 10th day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE