IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Case No. 2:07cr248-WKW |
| ) | |
| WILLIE GENE DAVIS ) | |

**ORDER**

Upon consideration of Defendant's unopposed *Motion to File Out of Time Motion to Suppress* . . . (filed 4/1/2008, Doc. #43), and for good cause shown, the Court hereby **GRANTS** Defendant's motion.

DONE, this 2nd day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE