IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Case No. 2:07cr248-WKW |
| ) | |
| WILLIE GENE DAVIS ) | |

**ORDER**

It is ORDERED that, pursuant to the Defendant's *Motion to Suppress* (filed 4/1/2008, Doc. #42), a hearing is set for **4/8/2008 at 10:00 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. The United States should **file a response to Defendant's *Motion* on or before April 7, 2008.**

DONE, this 2nd day of April, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE