IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Case No. 2:07cr248-WKW |
| | ) | |
| WILLIE GENE DAVIS | ) | |

**ORDER**

Upon review of the *Objection and Motion to Quash Subpoena* (filed January 29, 2008, Doc. #26), filed by the Alabama Board of Pardons and Paroles in response to an *ex parte* subpoena request filed by the defendant in this matter, and upon report from the Board in open court that no documents or materials described in said subpoena are in its possession, the Court hereby **DENIES the *Objection and Motion to Quash* as moot.**

DONE, this 7th day of April, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE