IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07CR248-WKW |
| | ) | |
| WILLIE GENE DAVIS | ) | |

**MOTION FOR TRANSCRIPT OF SUPPRESSION HEARING**

**COMES NOW** the defendant, Willie Gene Davis, by and through undersigned counsel, Joseph P. Van Heest, pursuant to 18 U.S.C. § 3006A(e) and hereby moves this Honorable Court for an Order directing the preparation of the transcript of a suppression hearing conducted by the Court on Tuesday, April 8, 2008.  In support of this motion, Mr. Davis states as follows:

1. On February 25, 2008, the United States Supreme Court granted certiorari in the matter of *Arizona v. Gant*, 07-542 (Feb. 25, 2008).  In that case, the Court will address an issue involving a traffic stop and circumstances not dissimilar to those in the instant case.

2. As a result of that Supreme Court decision to grant certiorari, Mr. Davis filed a motion to suppress evidence, and, on April 8, 2008, the Court conducted an evidentiary hearing.

3. The Court issued a Report and Recommendation finding against the defense and did so for reasons beyond those which appear to be within the scope of what the Supreme Court will address in *Arizona v. Gant*, *supra*.  The Court issued its Recommendation on April 10, 2008, and permitted the defense until April 23, 2008, to file any Objections to the Recommendation.

4. The defense intends to file Objections to the Recommendation but will need the hearing transcript in order to effectively rebut any factual findings made by the Court. The transcript will also be necessary for cross examination of the two witnesses who testified at the suppression hearing.

5. Mr. Davis was deemed indigent and defense counsel is appointed pursuant to the Criminal Justice Act.

6. Title 18, United States Code Section 3006A(e) permits counsel for a person who is financially unable to obtain, investigative, expert, or other services necessary for adequate representation to request such services.  The transcript is necessary to permit defense counsel to adequately and effectively assist Mr. Davis in the representation of him in this criminal case, and in particular, with regard to the challenge of the factual findings in the Recommendation.

WHEREFORE, for the reasons set forth above, Mr. Davis hereby prays that this Honorable Court will issue an Order directing the preparation and delivery to undersigned counsel of a transcript of the April 8, 2008 evidentiary hearing.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew Shepherd, Esq., Assistant United States Attorney, PO Box 197, Montgomery, Alabama  36101-0197.

      Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026