IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Case No. 2:07cr248-WKW |
| ) | |
| WILLIE GENE DAVIS ) | |

## ORDER

Upon consideration of Defendant's *Motion for Transcript of Suppression Hearing* (filed 4/11/2008, Doc. #51), and for good cause shown, the Court hereby **GRANTS** Defendant's motion. The Clerk of Court shall make the necessary arrangements for the provision of the transcript when the same is made available by the court reporter.

DONE, this 14th day of April, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE