IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Case No. 2:07cr248-WKW |
| ) | |
| WILLIE GENE DAVIS ) | |

**ORDER**

Upon consideration of the United States' *Motion to Substitute Counsel* (filed 4/1/2008, Doc. #41), and for good cause shown, the Court hereby

**GRANTS** the motion to substitute Assistant United States Attorney Matthew W. Shepherd as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Tommie Brown Hardwick.

DONE, this 14th day of April, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE