IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | |
| v. ) | Case No.: 2:07-cr-248-WKW |
| ) | |
| WILLIE GENE DAVIS ) | |

**DEFENDANT'S MOTION TO REVISIT**
**OBJECTION AND MOTION TO QUASH SUBPOENA**

**COMES NOW** Defendant Willie Gene Davis, by and through undersigned counsel, Joseph P. Van Heest, and hereby requests that this Court revisit its prior ruling denying the Objection and Motion to Quash Subpoena (filed as January 29, 2008, Doc. #26) as moot. In support of this motion, Mr. Davis would show as follows:

1. The defense served an ex parte subpoena on the Alabama Board of Pardons and Paroles seeking all records relating to Mr. Davis and the incident from which this indictment arose. The Alabama Board of Pardons and Paroles filed an Objection and Motion to Quash Subpoena on January 29, 2008. (See Doc. #26).

2. This Court set the matter for a hearing on April 7, 2008. At the hearing, the attorney for the Alabama Board of Pardons and Paroles was directed by the Court to contact the parole officer involved in the case, Officer Andy Compton, to learn if any such records existed. The attorney for the Parole Board did so during a recess and reported back that no such records existed.

3. The Court then advised that since no such records existed, there would be nothing for a subpoena to address and denied the Objection and Motion to Quash as moot. The Court's written order specifically stated that "upon report from the Board in open court that no documents or materials described in said subpoena are in its possession, the Court

hereby DENIES the Objection and Motion to Quash as moot."

4. On April 22, 2008, the government notified the defense that following a discussion with Parole Officer Compton, the government learned that Officer Compton has now generated a report regarding Mr. Davis and his alleged possession of a firearm on April 27, 2007. In a written correspondence which was forwarded to the defense by the government attorney on the evening of April 22, 2008, "the government reported that Mr. Compton had indicated that he prepared the report yesterday and has submitted it for review by his supervisors." *See Attachment – April 22, 2008 Letter from AUSA Shepherd memorializing discussion of same day.*

5. While the government has been informed that the Parole Board does not intend to provide the document to the federal government attorney, it is still Jencks material to be disclosed, and also clearly discoverable to the defense for purposes of impeachment. The document will attempt to memorialize an event that apparently went undocumented for over one year, and has unquestionably been prepared by the Officer to assist him with his memory in preparation for trial.

6. Therefore, the report exists and is responsive to the defendant's subpoena as well as being discoverable under both Jencks and the Sixth Amendment to the United States Constitution.

WHEREFORE, for the reasons set forth above, Mr. Davis hereby requests this Honorable Court issue an Order either setting the matter of the motion to quash subpoena for a new hearing, as evidence responsive to the subpoena now exists and is in the possession of a law enforcement agent expected to testify at trial, or order that Officer Compton be prohibiting from testifying at the trial of this case.

Dated this 23rd day of April, 2008.

        Respectfully submitted,

        s/Joseph P. Van Heest
        **JOSEPH P. VAN HEEST**
        LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
        Post Office Box 4026
        402 South Decatur Street
        Montgomery, AL 36103-4026
        Phone: (334) 263-3551
        Fax: (334) 263-3227
        jpvanheestcourts@bellsouth.net
        AL Bar Code: VAN026

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Hon. Matthew W. Shepherd, Assistant United States Attorney, P.O. Box 197, Montgomery, Alabama 36101-0197.

        Respectfully submitted,

        s/Joseph P. Van Heest
        **JOSEPH P. VAN HEEST**
        LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
        Post Office Box 4026
        402 South Decatur Street
        Montgomery, AL 36103-4026
        Phone: (334) 263-3551
        Fax: (334) 263-3227
        jpvanheestcourts@bellsouth.net
        AL Bar Code: VAN026

**U.S. Department of Justice**

*United States Attorney*
*Middle District of Alabama*

|  |  |
|---|---|
| 131 Clayton Street<br>Post Office Box 197<br>Montgomery, Alabama 36104-3429 | Telephone: 334/223-7280<br>Fax: 334/223-7560<br>Fin Lit Fax: 334/223-7201<br>Civil Fax 334/223-7418<br>Criminal Fax: 334/223-7135 |

April 22, 2008

Joseph P. Van Heest
PO Box 4026
Montgomery, AL 36103-4026

    RE: <u>United States v. Willie Gene Davis</u>

Dear Mr. Van Heest,

    As I discussed with you on the telephone this afternoon, today I was informed by Alabama Probation and Parole Officer Andy Compton that he has written a report regarding your client, Willie Gene Davis, and his possession of a firearm on April 27, 2007. Officer Compton indicated that he prepared the report yesterday and has submitted it for review by his supervisors. He stated that it has not yet been approved to his knowledge. He also informed me that he was not authorized to provide me or the defense with a copy of that report without a court order.

    The United States is not in possession of this report and has not seen a copy of the report; however, the United States discloses this information as to the existence of the report pursuant to its ongoing discovery obligations.

                              Sincerely,

                              /s/ Matthew W. Shepherd
                              Matthew W. Shepherd
                              Assistant United States Attorney