IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Case No. 2:07cr248-WKW |
| ) | |
| WILLIE GENE DAVIS ) | |

**ORDER**

It is ORDERED that, pursuant to the Defendant's *Motion to Revisit* . . . (filed 4/23/2008, Doc. #57), a hearing is set for **4/25/2008 at 2:00 p.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE, this 24th day of April, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE