IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Case No. 2:07cr248-WKW |
| | ) | |
| WILLIE GENE DAVIS | ) | |

**ORDER**

Upon review of the *Motion to Revisit Objection and Motion to Quash Subpoena* (filed April 23, 2008, Doc. #57), filed by Defendant in this matter, and upon notice in open court that he has received the records referenced in his motion, the Court hereby **DENIES the** *Motion to Revisit . . .* **as moot.**

DONE, this 25th day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE