IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cr-0248-WKW |
| | ) | |
| WILLIE GENE DAVIS | ) | |

## **ORDER**

Upon consideration of the Defendant's Motion in Limine to Redact from the Indictment and Exclude Any Evidence or Testimony Regarding Prior Felony Convictions (Doc. # 39), it is ORDERED that the government respond in writing **on or before May 7, 2008**.

DONE this 2nd day of May, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE