IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 02:07-cr-248-WKW |
| | ) | |
| WILLIE GENE DAVIS | ) | |

RESPONSE TO DEFENDANT'S MOTION IN LIMINE REGARDING PRIOR FELONY CONVICTIONS

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby submits this response to the Defendant's Motion in Limine to Redact from the Indictment and Exclude any Evidence or Testimony Regarding Prior Felony Convictions Pursuant to Old Chief v. United States.

1. The United States concedes that Old Chief v. United States, 519 U.S. 172 (1997), is controlling Supreme Court precedent on this issue. Pursuant to Old Chief, the United States agrees to stipulate with the defendant to the fact that the Defendant is a convicted felon and agrees that so long as the defendant so stipulates, the United States will not present evidence regarding the specific offenses of which the defendant was convicted.

2. Therefore, so long as the defendant stipulates to the fact of being a convicted felon at the time of the offense charged, the United States does not oppose the defendant's motion and agrees that it may not present any evidence, testimony, or argument regarding the specific offenses of which the defendant was convicted, subject to the reservations below. The United States also does not oppose redacting the indictment.

a.). The United States may call the parole officer of the defendant as a witness at trial to testify regarding statements the defendant made to him regarding his possession of a firearm during a parole office visit and to testify that the defendant had been counseled that he was unable to possess a firearm . The United States asserts that <u>Old Chief</u> does not prevent the parole officer, Andy Compton, from testifying to the fact that the defendant was on parole and was under his supervision at the time the defendant made the statements to Compton regarding his possession of the gun. Such testimony is necessary for the jury to understand the context in which Compton heard the statements made by the defendant. That the defendant was previously informed that he was unable to possess a firearm as a condition of his parole is relevant to proving the defendant's knowing possession of a firearm. Testimony that a defendant was on parole is substantively no different than that the defendant is a convicted felon and does not violate the spirit of <u>Old Chief</u>. The United States will not ask Compton what offenses the defendant committed that led to his parole.

b). Should the defendant testify, the United States reserves the right to use evidence of his specific prior felony convictions to impeach the defendant, pursuant to Rule 609, Federal Rules of Evidence.

WHEREFORE, for the reasons described above, the United States does not oppose the defendant's motion.

Respectfully submitted this 6th day of May, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Matthew W. Shepherd
        MATTHEW W. SHEPHERD
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        (334) 223-7280
        (334) 223-7135 Fax
        matthew.shepherd@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 02:07-cr-248-WKW |
| | ) | |
| WILLIE GENE DAVIS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Joseph Van Heest, Esq., attorney for the defendant Willie Gene Davis.

                                         Respectfully submitted,

                                         LEURA G. CANARY
                                         UNITED STATES ATTORNEY

                                         /s/ Matthew W. Shepherd
                                         MATTHEW W. SHEPHERD
                                         Assistant United States Attorney
                                         131 Clayton Street
                                         Montgomery, Alabama 36104
                                         (334) 223-7280
                                         (334) 223-7135 Fax
                                         matthew.shepherd@usdoj.gov