IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 2:07-cr-0248-WKW |
| ) | |
| WILLIE GENE DAVIS ) | |

## **ORDER**

Upon consideration of the Defendant's Motion in Limine to Redact from the Indictment and Exclude Any Evidence or Testimony Regarding Prior Felony Convictions (Doc. # 39), it is ORDERED that the motion is GRANTED subject to the stipulations made by the defendant (Doc. # 39) and the government (Doc. # 71).

DONE this 12th day of May, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE