IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cr-0248-WKW |
| | ) | |
| WILLIE GENE DAVIS | ) | |

## JURY VERDICT

1. As to the charge contained in Count One of the Indictment, we, the Jury, find the Defendant:

    \_\_\_\_\_   Not Guilty

   or

               Guilty.

So Say We All.

This the 13th day of May, 2008.



Foreperson