IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Case No. 2:07-cr-0248-WKW |
| ) | |
| WILLIE GENE DAVIS       ) | |

## **ORDER**

Upon consideration of the Defendant's oral motion for judgment of acquittal and his renewed oral motion for judgment of acquittal, both made during the course of his criminal trial and on which the court reserved ruling, it is ORDERED that both oral motions are DENIED.

DONE this 15th day of May, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE