IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.               ) | Case No. 2:07-cr-0248-WKW |
| ) | |
| WILLIE GENE DAVIS ) | SEALED ORDER |

**ORDER**

On July 16, 2008, the court received a hand-written letter from the defendant, a copy of which is attached to this order. In his letter, the defendant claims he received ineffective assistance of counsel and requests that he be appointed a new attorney. In consideration of the letter, which the court construes as a motion, it is ORDERED that:

1. The Clerk of the Court is DIRECTED to file a copy of the defendant's letter, containing his *ex parte* motion, as a separate document under seal;

2. The *ex parte* motion is REFERRED to Magistrate Judge Terry F. Moorer for appropriate proceedings; and

3. This order shall be filed under seal.

DONE this 23rd day of July, 2008.

/s/ W. Keith Watkins
W. Keith Watkins
UNITED STATES DISTRICT JUDGE