July 15, 2008

United States of America v. Willie G. Davis  2:07-CR-248-WKW

Re: Ineffective Assistance of Counsel

Hon. Judge W. Keith Watkins
U.S. Courthouse Complex
1 Church St.
Montgomery, Al. 36104

Willie Gene Davis C-3
P.O. Drawer 139
Montgomery, AL. 36101

Dear Hon. Judge Watkins;

I am writing to inform you of a situation that I feel needs your attention. My appointed Counsel, Mr. Joseph P. Van Heest has misinformed the Probation Officer, Ms. Ellen Traywick, concerning my Presentence Report. Mr. Van Heest mailed me a letter on July 14, 2008, dated July 11, 2008, a copy of the "objection" that he referred to Ms. Traywick. This "objection" was not my objection and neither did I discuss this objection, nor do I approve this objection. Mr. Van Heest has shown no respect for defendant's decisions in this or any matters.

Mr. Van Heest's ineffective representation is in violation of the defendant's Six amendment's right and it also constitutes a miscarriage of justice. Mr. Van Heest has proven to be untrustworthy with defendant on several occasions, and defendant is in need for effective assistance of Counsel.

Mr. Van Heest has been ineffective at every stage of the proceedings. Defendant is not satisfied with the so-called representation of Mr. Van Heest, and defendant request this Hon. Court at this time for a substitution of counsel at this stage of the proceedings. Mr. Van Heest has informed the defendant that it would be useless to file a motion in the court, due to the fact that the motion would only be transferred to Mr. Van Heest. So I write this letter and pray that it will recieve the Hon. Judge W. Keith Watkins attention.

Sincerely,
Willie Gene Davis

Done this 15 day of July, 2008