IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-248-WKW |
| | ) | |
| WILLIE GENE DAVIS | ) | |

### ORDER

Upon consideration of the *Pro Se letter containing an ex parte Motion for Appointment of New Counsel* filed by defendant (Doc. 81.) and for good cause, it is **ORDERED** that the motion is set for hearing on **7/28/2008 at 9:00 a.m.,** Courtroom 4A, United States Courthouse, One Church Street, Montgomery, Alabama. If the defendant is in custody, the Marshal will produce the defendant for the hearing. The Assistant United States Attorney SHALL NOT attend the hearing. The Clerk is directed to provide a copy of Doc. 81 to Joseph P. VanHeest. Further the Clerk is directed to provide a Court Reporter for the hearing.

DONE, this 23rd day of July, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE