IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | **2:07-cr-248-WKW** |
| ) | |
| WILLIE GENE DAVIS    ) | |

### ORDER ON MOTION

Pending before the court is a Pro Se *Motion for Appointment of Counsel* (Doc. 81, filed July 23, 2008). The Court conducted a hearing on the *Motion* and GRANTS the motion.

It is further ORDERED that the Federal Public Defender inform the Clerk of the next available panel attorney eligible for assignment to represent Mr. Willie Gene Davis.

Done this 30th day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE