IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-248-WKW |
| | ) | |
| WILLIE GENE DAVIS | ) | |

## ORDER

It is **ORDERED** that the sentencing hearing for defendant Willie Gene Davis is **CONTINUED** from August 5, 2008, to **September 10, 2008, at 9:45 a.m.**, in courtroom 2E of the Frank M. Johnson, Jr. U. S. Courthouse, One Church Street, Montgomery, Alabama

DONE this 31st day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE