IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
|     PLAINTIFF | * | |
| | * | |
| v. | * | CR NO. 2:07cr248-WKW |
| | * | |
| WILLIE GENE DAVIS | * | |
|     DEFENDANT | * | |

## NOTICE OF APPEARANCE

Comes now the undersigned and gives notice unto the court that he accepts the court's appointment as Counsel for Defendant, Willie Gene Davis. Further, Defendant prays pleadings and notices pertaining to this case be served upon him on behalf of said Defendant. Counsel further prays this Court issue an order officially appointing counsel in accordance with the Criminal Justice Act *nunc pro tunc* August 12, 2008.

Respectfully submitted this day, August 12, 2008.

                                                         /s/Timothy C. Halstrom
                                                       Timothy C. Halstrom
                                                       Bar Number HAL021
                                                       Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification to all interested parties as appropriate.

      /s/Timothy C. Halstrom
      Timothy C. Halstrom
      Bar Number HAL021