IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
|     PLAINTIFF * | |
| * | |
| v. * | CR NO. 2:07cr248-WKW |
| * | |
| WILLIE GENE DAVIS * | |
|     DEFENDANT * | |

**MOTION FOR TRANSCRIPTION OF TRIAL RECORD**

Comes now Defendant Willie Gene Davis, through counsel, and moves the Court to provide Defendant with a transcript of the trial record at no cost to him pursuant to 28 U.S.C. 753(f) and in support thereof states as follows:

1. Counsel for Defendant has been designated by the Office of the Federal Defenders to represent Defendant at sentencing and expects to be appointed by the Court in accordance with the Criminal Justice Act.

2. The undersigned counsel was not counsel of record for the trial and, therefore, it is essential that he be provided with a copy of the transcript of the trial record to determine whether or not issues exist which would have a bearing on Defendant's sentencing.

3. 28 U.S.C. 753(f) provides: "[f]ees for transcripts furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (*18 U.S.C. 3006A*) **. . .** shall be paid by the United States out of moneys appropriated for those purposes."

Wherefore, the above matters considered, defendant prays this Court enter an order directing the Court Reporter to transcribe the trial record in this case and provide said transcript to counsel with costs to be paid in accordance with the Criminal Justice Act and 28 U.S.C.

753(f).

    Respectfully submitted this day, August 12, 2008.


                                          /s/Timothy C. Halstrom  
                                          Timothy C. Halstrom  
                                          Bar Number HAL021  
                                          Attorney for Defendant



Of Counsel:  
Timothy C. Halstrom  
Bar # HAL021  
Attorney At Law  
4170 Lomac Street  
Montgomery, Alabama 36106  
(334)272-6464  
(334)244-7474 - fax  
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing parties and their attorneys.

                                        /s/Timothy C. Halstrom
                                        Timothy C. Halstrom
                                        Bar Number HAL021