IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
|     PLAINTIFF | * | |
| | * | |
| v. | * | CR NO. 2:07cr248-WKW |
| | * | |
| WILLIE GENE DAVIS | * | |
|     DEFENDANT | * | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now Defendant, Willie Gene Davis, by and through counsel of record, and moves the Court to continue the sentencing hearing in this case presently set for September 10, 2008 and in support thereof states as follows:

1. The Court has set this matter for Sentencing on September 10, 2008.

2. Counsel for Defendant has concurrently herewith filed his notice of appearance in this case.

3. Defendant has also filed concurrently herewith a Motion for Transcription of the Trial Record which transcript is necessary for reasons set forth therein.

4. Defendant contends the present setting of Defendant's sentencing hearing does not allow sufficient time for counsel to receive the transcript, peruse same and adequately prepare Defendant for the hearing as required by the Constitution of the United States.

5. Defendant requests the Court allow him a minimum of thirty (30) days after receipt of the trial transcript to prepare for the sentencing hearing.

6. Defendant further requests the Court direct the Probation Office to establish new

dates for which Defendant has to respond to the Pre-sentence Investigation Report in accordance with the Court's resetting of the sentencing hearing.

Wherefore, the above matters considered, Defendant prays this Court grant this motion and continue the sentencing hearing in Defendant's case.

Respectfully submitted this day, August 12, 2008.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant

Timothy C. Halstrom
Attorney at Law
Bar # HAL021
4170 Lomac Street
Montgomery, AL 36106
(334)272-9524
(334)244-7474 (fax)
halstromtim@aol.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing parties and their attorneys.

      /s/Timothy C. Halstrom
      Timothy C. Halstrom
      Bar Number HAL021