IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-248-WKW |
| | ) | |
| WILLIE GENE DAVIS | ) | |

## **ORDER**

Upon consideration of Defendant's Motion to Continue Sentencing Hearing (Doc. # 89), it is ORDERED that on or before August 21, 2008, the United States show cause, if any there be, as to why the motion should not be granted.

DONE this 14th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE