IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-248-WKW |
| ) | |
| WILLIE GENE DAVIS ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**COMES NOW** the undersigned counsel, Joseph P. Van Heest, and hereby moves to withdraw as counsel of record for the above-named defendant in light of the fact that the Court has appointed Timothy Halstrom, Esq., to represent him in the matter, and Mr. Halstrom has filed his Notice of Appearance on August 12, 2008.

Dated this 20th day of August 2008.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
1019 South Perry Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew Shepherd, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

    Respectfully submitted,

    s/Joseph P. Van Heest
    **JOSEPH P. VAN HEEST**
    LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
    Post Office Box 4026
    1019 South Perry Street
    Montgomery, AL 36103-4026
    Phone: (334) 263-3551
    Fax: (334) 263-3227
    jpvanheestcourts@bellsouth.net
    AL Bar Code: VAN026