IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **2:07-cr-248-WKW** |
| ) | |
| JEFFERY AARON SPURLOCK ) | |

### ORDER ON MOTION

Pending before the court is Attorney Joseph P. Van Heest's *Motion to Withdraw as Counsel of Record* (Doc. 92, filed August 20, 2008). For good cause shown, the motion is **GRANTED**.

Done this 26th day of August, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE