IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07cr248-WKW |
| | ) | |
| WILLIE GENE DAVIS | ) | |

## **ORDER**

Upon consideration of Defendant Willie Gene Davis' Motion to Continue Sentencing Hearing (Doc. # 89), which is unopposed by the United States (Doc. # 93), and for good cause shown, it is ORDERED that the motion is granted and that the sentencing hearing for Mr. Davis is CONTINUED until further order of the court.

It is further ORDERED that, Mr. Davis' Motion for Transcription of Trial Record (Doc. # 88), made pursuant to 28 U.S.C. § 753(f), is GRANTED. The court reporter is DIRECTED to transcribe Mr. Davis' trial and provide the transcript to counsel for Mr. Davis, with costs to be paid in accordance with the Criminal Justice Act, 18 U.S.C. § 3006A, and 28 U.S.C. § 753(f).

Defense counsel is DIRECTED to notify the court telephonically upon receipt of the trial transcript, at which time the court will set a sentencing date.

DONE this 3rd day of September, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE